

# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*December 31, 2020*
David J. Bradley, Clerk of Court

Certified as a true copy and issued
as the mandate on Dec 31, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20495
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
December 9, 2020
Lyle W. Cayce
Clerk

ANDREW WILLEY,

*Plaintiff—Appellant,*

versus

HARRIS COUNTY DISTRICT ATTORNEY,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1736

Before KING, SMITH, and WILSON, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 31, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 20-20495    Willey v. Harris County DA  
                              USDC No. 4:20-CV-1736

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Jann Wynne*

                              By: _____  
                              Jann M. Wynne, Deputy Clerk  
                              504-310-7688

cc:  Mr. Scott Anthony Durfee  
      Mr. Nathan Fennell  
      Mr. Charles Gerstein