UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
~~Southern District~~ of Texas
**ENTERED**
March 09, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Andrew Willey, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-20-1736 |
| | § | |
| Harris County District Attorney, | § | |
| | § | |
| Defendant. | § | |

## Order Denying Preliminary Injunction

The motion for preliminary injunction is denied. (2, 36)

Signed on March ⸺ 8⸺, 2021, at Houston, Texas.

⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺⸺
Lynn N. Hughes
United States District Judge