United States District Court
Southern District of Texas
**ENTERED**
March 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Andrew Willey, | § |
| Plaintiff, | § |
| versus | § Civil Action H-20-1736 |
| Harris County District Attorney, | § |
| Defendant. | § |

## Order Denying Recusal

The motion for recusal is denied. (27, 36)

Signed on March 8, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge